IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> GARY A. GOFF, <br><br> Defendant. | 4:14-CR-3085 <br><br> **ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing Hearing (filing 231) is granted.

2. Defendant Gary A. Goff's sentencing is continued to December 18, 2015, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 12th day of November, 2015.

BY THE COURT:

_____
John M. Gerrard
United States District Judge